# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

IN RE:                                    CASE NO.    08-03082 MCF

LUIS F. PAGAN SANTIAGO

       Debtor(s)                      CHAPTER     13

❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖❖

## MOTION TO MODIFY PLAN AFTER CONFIRMATION

TO THE HONORABLE COURT:

    **NOW COMES** Debtor herein, **LUIS F. PAGAN SANTIAGO**, by his undersigned attorney, and very respectfully ALLEGES AND PRAYS:

    On this date pursuant to 11USC§1329 to you are hereby notified that the Debtor in this case had filed an Amended Chapter 13 Payment Plan after confirmation in order to:

    a.    ***Increase base of plan***

    You are advised, as a creditor or party in interest, that within Thirty (30) DAYS from this notice you must file any written objection to the **Amended Chapter 13 Payment Plan** filed by the Debtor.

    You are also advised that if no written objections are filed to the Debtor's **Amended Chapter 13 Payment Plan**, copy of which is included with this notice, the Plan may be approved by the Court without any further notice or hearing.

    **WHEREFORE**, Debtor respectfully requests that the Amended Chapter 13 Payment Plan be accepted for continuation of the proceedings and that all other remedies which are proper and just be granted.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY on this same date I electronically filed the foregoing document with the clerk of the court using the CM/ECF System which will sent notification of such filing to the following: Chapter 13 Trustee, Jose R. Carrion; US Trustee and to all creditors registered to said system. On this date, I have sent copy of said document by regular mail to all parties in interest that are non CM/ECF participants as of the creditor matrix attached hereto

In San Juan, Puerto Rico, this 5th day of October, 2010.

        **MODESTO BIGAS LAW OFFICE**
        Attorneys for Debtor
        P.O. Box 7462
        Ponce, P.R. 00732-7462
        Tel. 844-1444; Fax 842-4090

By:   /s/ Alexandra Bigas Valedon
        **ALEXANDRA BIGAS VALEDON**
        U.S.D.C. NO. 220109
        alexandra.bigas@gmail.com

The debtor has read the information included above and agrees to the same.

        /s/ Luis F. Pagan Santiago
        LUIS F. PAGAN SANTIAGO
        Debtor

08-026...

**United States Bankruptcy Court**
**District of Puerto Rico**

IN RE:                                                                    Case No. 08-03082

PAGAN SANTIAGO, LUIS F.                        Chapter 13
                     Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN

1. The future earnings of the Debtor(s) are submitted to the supervision and control of the Trustee and the Debtor(s) shall make payments to the Trustee ☑ directly ☐ by payroll deductions as hereinafter provided in the PAYMENT PLAN SCHEDULE.
2. The Trustee shall distribute the funds so received as hereinafter provided in the DISBURSEMENT SCHEDULE.

PLAN DATED: _____     ☑ AMENDED PLAN DATED: 10/05/10
☐ PRE ☐ POST-CONFIRMATION                        Filed by: ☑ Debtor ☐ Trustee ☐ Other

### I. PAYMENT PLAN SCHEDULE

| $ | 150.00 x | 11 = $ | 1,650.00 |
|---|---|---|---|
| $ | 215.00 x | 3 = $ | 645.00 |
| $ | 670.00 x | 13 = $ | 8,710.00 |
| $ | 185.00 x | 1 = $ | 185.00 |
| $ | 271.00 x | 32 = $ | 8,672.00 |

TOTAL: $ 19,862.00

Additional Payments:
$ _____ to be paid as a LUMP SUM
within _____ with proceeds to come from:
☐ Sale of Property identified as follows:
_____
_____
☐ Other:
_____
_____

Periodic Payments to be made other than, and in addition to the above:
$ _____ x _____ = $ _____

PROPOSED BASE: $ 19,862.00

### III. ATTORNEY'S FEES
(Treated as § 507 Priorities)

Outstanding balance as per Rule 2016(b) Fee Disclosure Statement: $ 2,750.00

Signed: /s/ LUIS F. PAGAN SANTIAGO
          Debtor

_____
          Joint Debtor

### II. DISBURSEMENT SCHEDULE

A. ADEQUATE PROTECTION PAYMENTS OR ____ $ _____
B. SECURED CLAIMS:
☐ Debtor represents no secured claims.
☑ Creditors having secured claims will retain their liens and shall be paid as follows:
1. ☑ Trustee pays secured ARREARS:
Cr. **BANCO BILBAO VIZ**    Cr. _____    Cr. _____
# **13249611077071**    # _____    # _____
$ **4,873.85**    $ _____    $ _____
2. ☑ Trustee pays IN FULL Secured Claims:
Cr. **BANCO BILBAO VIZ**    Cr. _____    Cr. _____
# **13249607323187**    # _____    # _____
$ **3,099.26**    $ _____    $ _____
3. ☐ Trustee pays VALUE OF COLLATERAL:
Cr. _____    Cr. _____    Cr. _____
# _____    # _____    # _____
$ _____    $ _____    $ _____
4. ☑ Debtor SURRENDERS COLLATERAL to Lien Holder:
**AEELA          COOP A/C PADRE M**
5. ☐ Other: _____
6. ☑ Debtor otherwise maintains regular payments directly to:
**ADMINISTRACION D     BANCO BILBAO VIZ**
C. PRIORITIES: The Trustee shall pay priorities in accordance with the law.
11 U.S.C. § 507 and § 1322(a)(2)
D. UNSECURED CLAIMS: Plan ☑ Classifies ☐ Does not Classify Claims.
1. (a) Class A: ☑ Co-debtor Claims / ☐ Other: _____
                  ☑ Paid 100% / ☐ Other: _____
Cr. **ISLAND FINANCE C**    Cr. _____    Cr. _____
# **90630058189**    # _____    # _____
$ **5,242.08**    $ _____    $ _____
2. Unsecured Claims otherwise receive PRO-RATA disbursements.

OTHER PROVISIONS: (*Executory contracts; payment of interest to unsecureds, etc.*)
**TRUSTEE TO SATISFY INSURANCE FROM TRIPLE S PROPIEDAD IN THE AMOUNT OF $ 930.00 REGARDING LOAN NUMBER ENDING IN 187 FOR BANCO BILBAO VIZCAYA. DEBTOR AGREES FOR THE LIFITING OF STAY IN FAVOR OF BBVA REGARDING LOAN NUMBER ENDING IN 7071.**

Attorney for Debtor **MODESTO BIGAS LAW OFFICE**           Phone: **(787) 844-1444**

AMENDED CHAPTER 13 PAYMENT PLAN

IN RE PAGAN SANTIAGO, LUIS F.                                   Case No. 08-03082
                    Debtor(s)

## AMENDED CHAPTER 13 PAYMENT PLAN
Continuation Sheet - Page 1 of 1

| | Cr | # | $ |
|---|---|---|---|
| **Executory Contracts - Assumed:** | HILDA R. SANTIAGO | | |

**08-03082-MCF13** LUIS F PAGAN SANTIAGO
**Case type:** bk **Chapter:** 13 **Asset:** Yes **Vol:** v **US BANKRUPTCY JUDGE:** MILDRED CABAN FLORES
**Date filed:** 05/14/2008 **Date of last filing:** 09/23/2010 **Plan confirmed:** 01/27/2009

# Creditors

| | |
|---|---|
| ADMINISTRACION DE SISTEMAS DE RETIRO<br>BOX 42003<br>HATO REY PR 00918 | (2567527)<br>(cr) |
| ADVANCED AUTO PARTS<br>PO BOX 2710<br>ROANOKE VA 24001 | (2567528)<br>(cr) |
| AEELA<br>PO BOX 364508<br>SAN JUAN PR 00936-4508 | (2567529)<br>(cr) |
| ALEXANDRA BIGAS VALEDON<br>P O BOX 7462<br>PONCE PR 00732 | (2567526)<br>(cr) |
| American General Finance<br>P.O. Box 3251<br>Evansville, IN 47731 | (2636231)<br>(cr) |
| BANCO BILBAO VIZCAYA<br>PO BOX 364745<br>SAN JUAN PR 00936-4745 | (2567530)<br>(cr) |
| BANCO BILBAO VIZCAYA<br>032 PLAZA DEL CARIBE<br>PONCE PR 00731 | (2567531)<br>(cr) |
| BANCO BILBAO VIZCAYA ARG<br>ANGEL M. VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | (2649872)<br>(cr) |
| BANCO BILBAO VIZCAYA ARG<br>ANGEL M. VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | (2649902)<br>(cr) |
| BANCO BILBAO VIZCAYA ARG<br>ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | (2791154)<br>(cr) |
| BANCO BILBAO VIZCAYA ARG | |

| | |
|---|---|
| ANGEL M VAZQUEZ BAUZA<br>PO BOX 191017<br>SAN JUAN PR 00919-1017 | (2586755)<br>(cr) |
| **COMMOLOCO**<br>P O BOX 363769<br>SAN JUAN PR 00936-3769 | (2567533)<br>(cr) |
| **COOP A/C PADRE MCDONALD**<br>APARTADO 7022<br>PONCE PR 00732-7022 | (2567534)<br>(cr) |
| **EASTERN AMERICA INS. CO.**<br>PO BOX 9023862<br>SAN JUAN PR 00902 | (2975422)<br>(cr) |
| **ISLAND FINANCE CORP**<br>P O BOX 1431<br>JUANA DIAZ PR 00795-1431 | (2567535)<br>(cr) |
| **LUIS F. PAGAN SANTIAGO**<br>URB. BRISAS DEL CARIBE<br>BUZON 502<br>PONCE PR 00728 | (2567525)<br>(cr) |
| **MONEY EXPRESS**<br>BANKRUPTCY DIVISION<br>PO BOX 9146<br>SAN JUAN PR 00908-0146 | (2572830)<br>(cr) |
| **MONEY EXPRESS**<br>PO BOX 11867<br>SAN JUAN PR 00910-3867 | (2567536)<br>(cr) |
| **PR ACQUISITIONS LLC**<br>270 MUNOZ RIVERA AVENUE SUITE 400<br>SAN JUAN PR 00918<br>866-600-4753 | (2786633)<br>(cr) |
| **PRT**<br>PO BOX 360998<br>SAN JUAN PR 00936-0998 | (2567532)<br>(cr) |
| **SANTANDER FINANCIAL D/B/A ISLAND FINANCE**<br><br>C/O LIGIA RIVERA BUJOSA<br>P O BOX 7011<br>PONCE PR 00732 | (2586572)<br>(cr) |
| **TRIPLE-S PROPIEDAD**<br>PO BOX 9023862<br>SAN JUAN, PR 00902 | (2755273)<br>(cr) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 10/05/2010 16:02:06 | | | |
| PACER Login: | bb0621 | Client Code: | |
| Description: | Creditor List | Search Criteria: | 08-03082-MCF13 Creditor Type: All |
| Billable Pages: | 1 | Cost: | 0.08 |